**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT NEICE,<br><br>   Plaintiff,<br><br>  v.<br><br>YOUNGBLOOD, *et al.*,<br><br>   Defendants. | No. 1:25-cv-01741 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. 7) |

Robert Dean Neice is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on December 4, 2025, together with a motion to proceed *in forma pauperis*.  (Docs. 1, 2.)

On December 5, 2025, the Court found Plaintiff's motion to proceed *in forma pauperis* incomplete and ordered Plaintiff to file a certified copy of his inmate trust account statement for the past six months or pay the filing fee for this action within thirty (30) days.  (Doc. 4.)  Plaintiff failed to respond.

On January 15, 2026, the magistrate judge issued findings and recommendations that recommended this action be dismissed, without prejudice, for failure to obey a court order and for Plaintiff's failure to prosecute this action.  (Doc. 7.)  The Court served the findings and recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id.* at 3.)  Plaintiff was also warned that failure to file objections within the specified time may result

1

in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id*. at 4 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff did not file objections and the time in which to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. The Court concludes that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on January 15, 2026, (Doc. 7), are **ADOPTED**.

2. This action is **DISMISSED**, without prejudice, for failure to obey a court order and for Plaintiff's failure to prosecute this action.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **February 15, 2026**

UNITED STATES DISTRICT JUDGE

2